**COBB v. STATE.**

No. 23475.

Court of Criminal Appeals of Texas.

Nov. 6, 1946.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of the offense of murder without malice and assessed a penalty of five years in the penitentiary.

The record is before this court without bills of exception or a statement of facts. The proceedings are regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.